UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAISY WAN, | CASE NO. 2:24-cv-00090-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion and Order for Dismissal. Dkt. No. 14. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 24th day of May, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1